1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTINE S. WATSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2782

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )     2:06-CR-0004 FCD
                                     )
12            Plaintiff,             )     PRELIMINARY ORDER OF
                                     )     FORFEITURE
13       v.                          )
                                     )
14  ROBERT ELDON MORGAN,             )
                                     )
15            Defendant.             )
    _____)
16

17       Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Robert Eldon Morgan, it is

19  hereby

20       ORDERED, ADJUDGED AND DECREED as follows:

21       1.   Pursuant to 18 U.S.C. § 2253, the following property shall

22  be condemned and forfeited to the United States of America, to be

23  disposed of according to law:

24            a)   Gateway Computer Tower, Serial # 002858665;

25            b)   Hewlett Packard Pavilion Computer Tower 8560C,
                   Serial # US93058930; and
26
              c)   Toshiba Digital Camera, Serial # 13711141.
27

28       2.   That the above-listed property constitutes or is traceable

                                    1

1 │ to gross profits or other proceeds obtained directly or indirectly

2 │ from a violation of 18 U.S.C. § 2252(a)(4)(B) or was used or

3 │ intended to be used to commit or to promote the commission of a

4 │ violation of 18 U.S.C. § 2252(a)(4)(B), all in violation of 18

5 │ U.S.C. § 2253.

6 │      3.   That pursuant to Rule 32.2(b), the Attorney General (or a

7 │ designee) shall be authorized to seize the above-described property.

8 │ The aforementioned property shall be seized and held by the United

9 │ States, in its secure custody and control.

10 │      4.    a.   Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule

11 │ 83-171, the United States forthwith shall publish at least once for

12 │ three successive weeks in the Siskiyou Daily News (Siskiyou County),

13 │ newspaper of general circulation located in the county in which the

14 │ above-described property was seized, notice of this Order, notice of

15 │ the Attorney General's and/or Secretary of Treasury's intent to

16 │ dispose of the property in such manner as the Attorney General

17 │ and/or the Secretary of Treasury may direct, and notice that any

18 │ person, other than the defendant, having or claiming a legal

19 │ interest in the above-listed forfeited property must file a petition

20 │ with the Court within thirty (30) days of the final publication of

21 │ the notice or of receipt of actual notice, whichever is earlier.

22 │         b.   This notice shall state that the petition shall be for

23 │ a hearing to adjudicate the validity of the petitioner's alleged

24 │ interest in the property, shall be signed by the petitioner under

25 │ penalty of perjury, and shall set forth the nature and extent of the

26 │ petitioner's right, title or interest in the forfeited property and

27 │ any additional facts supporting the petitioner's claim and the

28 │ relief sought.

1          c.   The United States may also, to the extent practicable,

2  provide direct written notice to any person known to have alleged an

3  interest in the property that is the subject of the Order of

4  forfeiture, as a substitute for published notice as to those persons

5  so notified.

6       5.   If a petition is timely filed, upon adjudication of all

7  third-party interests, if any, this Court will enter a Final Order

8  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests

9  will be addressed.

10      SO ORDERED this 3rd day of February, 2006.

11

12                              /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.
13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3