```
McGREGOR W. SCOTT
United States Attorney
CHRISTINE S. WATSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2782
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-00004 FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ELDON MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on February 6, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Robert Eldon Morgan forfeiting to the United States the following property:

    a) Gateway Computer Tower, Serial # 002858665;

    b) Hewlett Packard Pavilion Computer Tower 8560C, Serial # US93058930; and

    c) Toshiba Digital Camera, Serial # 13711141.

AND WHEREAS, on February 17, 24 and March 3, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Siskiyou Daily News</u> (Siskiyou County), a newspaper

of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Robert Eldon Morgan.

   2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

   3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

   SO ORDERED THIS 26th day of April, 2006.


                            /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL, JR.
                            United States District Judge